# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DENNIS M. CAVANAUGH |
| v. | : | CRIMINAL NO. 07-560 (DMC) |
| ALAA EL SAADAWI | : | <u>CONSENT ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the application of Alaa El Saadawi (Joel Cohen, Esq., appearing) in the presence of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Andrew D. Kogan, Assistant U.S. Attorney, appearing) for an order adjourning the trial date in this matter and granting additional time for defendant to file motion; and the defendant being aware that he has the right to have the matter tried within 70 days from the on which defendant made his initial appearance in this District pursuant to Title 18 U.S.C. § 3161; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Defendant has requested the aforementioned continuance;

(2)   There is a significant amount of discovery in this manner.  Defense counsel has stated that he needs additional time to review this material in order to file motions and prepare for trial;

(3)   Based upon the above, the grant of a continuance will likely conserve judicial resources;

(4)     Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 8th day of January 2009;

ORDERED that the proceedings in this matter are continued; and it is further

ORDERED that defendant shall file his motions by or on February 9, 2009; and it is further

ORDERED that any delay resulting from the grant of this motion, is excludable time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161; and it is further

                                                            HON. DENNIS M. CAVANAUGH
                                                            United States District Judge