UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY: NEWARK

------------------------------------------------X
UNITED STATES OF AMERICA

v.                                                                    ORDER
                                                                      07 CR 560 (DMC)

ALAA EL SAADAWI

------------------------------------------------X

UPON THE APPLICATION OF JOEL S. COHEN, attorney for the defendant Alaa El Saadawi, and without objection by the Government or by the Pre-Trial Services Agency,

IT IS HEREBY ORDERED

That the release conditions for the defendant Alaa El Saadawi are modified as follows:

1. Alaa El Saadawi shall be permitted to apply for a United States Passport on an expedited basis;

2. Alaa El Saadawi shall be permitted to travel from the District of New Jersey or the Eastern District of New York to Mecca, Saudi Arabia for the purpose of being a religious counselor for the Islamic Council of Jersey City. He shall be permitted to depart on or about November 12, 2009 and shall return on or before December 15, 2009. *His family will remain in the United States while defendant is out of this country;*

3. Within 24 hours of his return to the United States he shall surrender his United States Passport to the Pre-Trial Services Agency.

IT IS SO ORDERED:

*(signature)*

Dennis M. Cavanaugh
United States District Judge

Dated: Newark, NJ
November 2, 2009