UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                         ORDER

v.

                         07 CR 560 (DMC)

ALAA EL SAADAWI
-------------------------------------------------------------------X

WHEREAS GOOD CAUSE HAS BEEN SHOWN by the application of Joel S. Cohen, attorney for Alaa El Saadawi, and with no objection by the United States or by the Pre-Trial Services Agency,

IT IS HEREBY ORDERED that Alaa El Saadawi shall be permitted to travel from the District of New Jersey to Saudi Arabia from November 4, 2010 until November 25, 2010 as religious counselor to a group of pilgrims, and it is further

ORDERED that he shall be permitted to have possession of his United States passport in order to travel between the United States and Saudi Arabia, said passport to be returned to the Pre-Trial Services Agency within 24 hours of his return to the United States.

IT IS SO ORDERED:

                                                     _____
                                                     Dennis M. Cavanaugh
                                                     United States District Judge

Dated: Newark, New Jersey
        October 20, 2010