Joel S. Cohen, P.C.
Attorney-at-Law
128 Mott Street, Suite 706
New York, NY 10013
Tel:  212-571-8899
Fax:  212-608-0505
Email:  jcesq99@gmail.com

October 19, 2011

<u>VIA EMAIL</u>
The Honorable Dennis M. Cavanaugh
United States District Judge
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  United States v. Alaa El Saadawi
    07 CR 560 (DMC)

Dear Judge Cavanaugh:

  I write to again request a modification of the bail conditions set in the above-captioned matter in order to allow Alaa El Saadawi to travel to Saudi Arabia on October 23 and stay there for two weeks as religious counselor to a group of pilgrims making the Hajj trip.  He has been permitted to do this for the past two years; Your Honor also graciously allowed him to visit his parents in Egypt this past summer.  On each trip he has come home either as scheduled or early, and has returned his passport as directed to Pre-Trial Services.  I have discussed this request with both Angel Matos at Pre-Trial Services as well as with AUSA Andrew Kogan.  Neither opposes the trip so long as Mr. El Saadawi provides Pre-Trial with a schedule and itinerary, which of course he will do.

  The only wrinkle here is that tomorrow is the last day he can apply for the visa to Saudi Arabia.  With apologies for the timing, I respectfully ask that Your Honor act on this request today.  Thank you.

The Honorable Dennis M. Cavanaugh
United States District Judge
Re: U.S. v. El Saadawi
Page two

Very truly yours,

/S

Joel S. Cohen (JC6998)

cc: Andrew Kogan, AUSA- by email
    Angel Matos, U.S. Pre-Trial Services Agency- by email

The above application is hereby GRANTED.

The defendant is permitted to travel to Saudi Arabia on October 23 and shall return to the United States no later than November 8, 2011.
Pre-Trial Services is directed to return the defendant's passport to him forthwith to enable him to obtain a visa and to travel. The defendant shall return the passport to Pre-Trial Services within 24 hours of his return to the United States. *And no one objecting hereto;*
IT IS SO ORDERED:

Dated: Newark, NJ
       October 19, 2011

*/s/ Dennis M. Cavanaugh*
Dennis M. Cavanaugh
United States District Judge